IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-00040-SPM-AK

LAZARO ULYSIS DALY,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 169, Waiver of Appearance at Arraignment on Superseding Indictment, by Lazaro Ulysis Daly. Having carefully considered the matter, the Court finds that the waiver meets the requirements of Fed. R. Crim. P. 10(b) and is satisfied that Defendant has conferred with counsel and has been appropriately advised of the contents of the superseding indictment.

Accordingly, it is **ORDERED**:

That the waiver of appearance at arraignment on superseding indictment, Doc. 169, is **ACCEPTED**;

That a plea of not guilty to each pertinent count of the superseding indictment is hereby **ENTERED on behalf of Lazaro Ulysis Daly**.

**DONE AND ORDERED** this 29th day of November, 2005.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**